AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF   NEVADA

JULIE TORRES,

      Plaintiff,              JUDGMENT IN A CIVIL CASE

  V.

                                  CASE NUMBER:  **3:07-CV-00538-RAM**

THE COUNTY OF LYON and; DOES
1 - 10, inclusive; ABC CORPORATIONS
1 - 20, inclusive; and BLACK & WHITE
ENTITIES, 1 - 20, inclusive,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#20) is **GRANTED**.


  March 31, 2009                                        **LANCE S. WILSON**
                                                                 Clerk

                                                              /s/ D. R. Morgan
                                                               Deputy Clerk